IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT 19 2023
Clerk of Court, United States District Court
Ohio Northern District - AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| v. ) | CASE NO. 23 MJ 8006 |
| RICHARD J. STEINLE, ) | Title 18, United States Code, Section 1716(j)(1) |
| Defendant. ) | |

**MAG JUDGE ARMSTRONG**

COUNT 1
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney charges:

1. On or about June 13, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 2
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

2. On or about June 21, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 3
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

3. On or about June 30, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 4
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

4. On or about July 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 5
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

5. On or about July 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 6
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

6. On or about July 2, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

COUNT 7
(Injurious Articles as Nonmailable, 18 U.S.C. § 1716(j)(1))

The United States Attorney further charges:

7. On or about July 27, 2022, in the Northern District of Ohio, Eastern Division, Defendant RICHARD J. STEINLE, did knowingly deposit for mailing and delivery a thing declared nonmailable under Title 18, United States Code, Section 1716, to wit: human feces, not in accordance with rules and regulations prescribed by the United States Postal Service, in violation of Title 18, United States Code, Section 1716(j)(1).

REBECCA C. LUTZKO
United States Attorney

By: _____
David M. Toepfer, Chief
Akron & Youngstown Branch